AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| LOREAL MCCOLLUM<br>*Plaintiff(s)*<br>v.<br>OMNIPOINT MANAGEMENT SOLUTIONS, LLC<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 23-902 |

**SUMMONS IN A CIVIL ACTION**

To: Omnipoint Management Solutions, LLC
c/o Cogency Global Inc.
122 E. 42nd Street, 18th Floor
New York, NY 10168

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MICHAEL ALAN SIDDONS
THE LAW OFFICE OF MICHAEL ALAN SIDDONS, ESQ.
230 N. MONROE ST, POBOX 403
MEDIA, PA 1906

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/9/23

*s/Vincent J. Alia*
*Signature of Clerk or Deputy Clerk*

**George Wylesol, Clerk of Court**
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   23-902

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* David Feins Legal Department, who is designated by law to accept service of process on behalf of *(name of organization)* Omnipoint Management Solutions, LLC c/o Cogency Global Inc on *(date)* 3/13/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 3/14/2023

*Server's signature*

**Augustus Wilson**
*Printed name and title*

**501 New York Ave   Union City, NJ 07087**
*Server's address*

Additional information regarding attempted service, etc: