UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| L'OREAL MCCOLLUM,<br><br>    Plaintiff,<br><br>    v.<br><br>OMNIPOINT MANAGEMENT SOLUTIONS, LLC<br><br>    Defendant. | Case No. 2:23-cv-00902-KSM |

### MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL R. BERTUCCI

Michael A. Siddons, undersigned counsel for Plaintiff, L'OREAL MCCOLLUM, hereby moves that Michael R. Bertucci be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff, L'OREAL MCCOLLUM, in the above-captioned matter. In support thereof, movant states as follows:

1. I am admitted to practice and in good standing before this Court.

2. I have entered my appearance in this case.

3. My client, the Plaintiff, Ms. McCollum, requires this motion because I have a longstanding relationship with Mr. Bertucci and Agruss Law Firm, LLC working on consumer-rights cases together. Ms. McCollum will benefit from the combined experience, knowledge, and efforts of both Mr. Bertucci and myself representing her.

4. Counsel for the Defendant, Omnipoint Management Solutions, LLC, has stated that they have no objection to this motion.

5. In further support of this motion, I attach the Affidavit of Michael R. Bertucci herewith.

                              RESPECTFULLY SUBMITTED,

April 10, 2023        By: /s/ Michael A. Siddons
                                Michael A. Siddons
                                Attorney #89018
                                The Law Firm of Michael Alan Siddons, Esquire
                                230 N. Monroe Street
                                PO Box 403
                                Media, PA 19063
                                Tel: 484-614-6546
                                msiddons@siddonslaw.com
                                Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on April 10, 2023, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

                                By: /s/ Michael A. Siddons
                                    Michael A. Siddons