UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| L'OREAL MCCOLLUM,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OMNIPOINT MANAGEMENT SOLUTIONS, LLC<br><br>　　　　　　Defendant. | Case No. 2:23-cv-00902-KSM |

### AFFIDAVIT OF MICHAEL R. BERTUCCI IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Michael R. Bertucci, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff, L'OREAL MCCOLLUM, in the above-captioned matter.

I, Michael R. Bertucci, being duly sworn, do hereby depose and say as follows:

1. I am an attorney at Agruss Law Firm, LLC.

2. My business address is 4809 N. Ravenswood Ave. Suite 419, Chicago, IL 60640.

3. I am licensed and admitted to practice and a member of good standing of the bar of the State of Illinois (admitted November 9, 2017).

4. My State of Illinois bar identification number is: 6326591.

5. I also am admitted and in good standing of the bars following United States District Courts: Northern District of Illinois (admitted November 23, 2020), Central District of Illinois (admitted November 3, 2022), Eastern District of Oklahoma (admitted April 7,

2022), Western District of Texas (admitted May 31, 2022), Southern District of Texas (admitted November 14, 2022), Western District of New York (admitted May 31, 2022).

6. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which the attorney has been a member.

7. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of the United States District Court for the Eastern District of Pennsylvania and agree to be bound by both sets of Rules for the duration of this case.

8. If granted *pro hac vice* status, I will in good faith continue to advise counsel who has moved for the *pro hac vice* admission of the current status of the case for which *pro hac vice* status has been granted and of all material developments therein.

9. Based upon the foregoing, I respectfully request that I be admitted *pro hac vice*.

10. Further affiant sayeth naught.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Respectfully submitted this 10th day of April 2023 at Chicago, Illinois.

By: /s/ Michael R. Bertucci
Michael R. Bertucci
Illinois Bar No. 6326591
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Avenue, Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
mbertucci@agrusslawfirm.com