IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| L'OREAL MCCOLLUM,<br><br>    Plaintiff,<br><br>    v.<br><br>OMNIPOINT MANAGEMENT SOLUTIONS, LLC,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 23-0902-KSM |

## ORDER

**AND NOW**, this 12th day of April, 2023, upon consideration of Plaintiff L'oreal McCollum's unopposed Motion for Admission[1] *Pro Hac Vice* of Michael R. Bertucci, Esquire (Doc. No. 6), it is **ORDERED** that the Motion for Admission *Pro Hac Vice* of Michael R. Bertucci, Esquire is **GRANTED**, and Michael R. Bertucci, Esquire is admitted *pro hac vice* to appear before this Court and participate in this action on behalf of L'oreal McCollum.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[1] To register for ECF in the Eastern District please go to the Court's website at https://www.paed.uscourts.gov/nextgen-cmef