UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| L'OREAL MCCOLLUM,<br><br>Plaintiff,<br><br>v.<br><br>OMNIPOINT MANAGEMENT SOLUTIONS, LLC<br><br>Defendant. | Case No. 2:23-cv-00902-KSM |

## NOTICE OF SETTLEMENT

Plaintiff, L'OREAL MCCOLLUM, ("Plaintiff"), through her attorney, The Law Firm of Michael Alan Siddons, informs this Honorable Court that Plaintiff and Defendant, OMNIPOINT MANAGEMENT SOLUTIONS, LLC, have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, OMNIPOINT MANAGEMENT SOLUTIONS, LLC, with prejudice, within 60 days.

RESPECTFULLY SUBMITTED,

April 18, 2023

By: /s/ Michael A. Siddons
Michael A. Siddons
Attorney #89018
The Law Firm of Michael Alan Siddons, Esquire
230 N. Monroe Street
PO Box 403
Media, PA 19063
Tel: 610-255-7500
msiddons@siddonslaw.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

  I certify that on April 18, 2023, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.


            By: /s/ Michael A. Siddons
               Michael A. Siddons