**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| L'OREAL MCCOLLUM,<br><br>Plaintiff,<br><br>v.<br><br>OMNIPOINT MANAGEMENT SOLUTIONS, LLC<br><br>Defendant. | Case No. 2:23-cv-00902-KSM |

<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>

Plaintiff, L'OREAL MCCOLLUM, ("Plaintiff"), through her attorneys, The Law Firm of Michael Alan Siddons, Esquire, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant, OMNIPOINT MANAGEMENT SOLUTIONS, LLC, with prejudice.

DATED: July 12, 2023          RESPECTFULLY SUBMITTED,

By: /s/ Michael A. Siddons
      Michael A. Siddons
      Attorney #89018
      The Law Firm of Michael Alan Siddons, Esquire
      230 N. Monroe Street
      PO Box 403
      Media, PA 19063
      Tel: 610-255-7500
      msiddons@siddonslaw.com
      Attorney for Plaintiff

1

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on July 12, 2023, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Michael A. Siddons
        Michael A. Siddons